UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA S. FURLONG, | No. 2:24-cv-0375 AC P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request to proceed in forma pauperis. Before the court could screen plaintiff's complaint, he filed a first amended complaint that was not signed. ECF No. 5. This amended complaint supersedes the original complaint. See Local Rule 220. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The court is unable to consider plaintiff's first amended complaint unless he signs and re-files the amended complaint.

Accordingly, plaintiff is provided an opportunity to re-file his first amended complaint bearing his signature. Failure to comply with this order will result in a recommendation that this action be dismissed.

/////

/////

1

1 | In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the
2 | date of this order, plaintiff shall re-file a <u>signed</u> first amended complaint.  Plaintiff's failure to
3 | comply with this order will result in a recommendation that this action be dismissed.
4 | DATED: October 30, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE