UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA S. FURLONG,<br><br>    Plaintiff,<br><br>    v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | No.  2:24-cv-00375-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 7) |

Plaintiff Joshua S. Furlong is a former state jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2024, the assigned magistrate judge directed plaintiff to sign and refile his first amended complaint bearing his signature within thirty (30) days of the date of entry of that order.  (Doc. No. 6.)  Plaintiff did not refile a signed version of his first amended complaint and still has not done so.  Accordingly, on December 19, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action.  (Doc. No. 7.)  The findings and recommendations were served by mail upon plaintiff at his address of record and contained notice

/////

1

1  that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 1–2.)[1]
2  To date, plaintiff has not filed any objections to the pending findings and recommendations and
3  the time in which to do so has passed.

4  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
5  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
6  pending findings and recommendations are supported by the record and proper analysis.

7  Accordingly,

8  1. The findings and recommendations issued on December 19, 2024 (Doc. No. 7) are
9  adopted in full;

10  2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute;
11  and

12  3. The Clerk of the Court is directed to close this case.

13  IT IS SO ORDERED.

14  Dated:  **April 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The service copy of the pending findings and recommendations was served by mail on plaintiff at his address of record but was returned to the court as "undeliverable, return to sender, not in custody." Plaintiff has not filed a notice of his change of address or otherwise communicate with the court. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective, and it is the plaintiff's responsibility to keep the court apprised of his current address at all times.

2